# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Brant Publications, Inc. | § | Case No. 18-11516 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

SALVATORE LAMONICA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 8,995.16 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 2,210.27 | |

3) Total gross receipts of $11,205.43 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $11,205.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,205,873.51 | $7,622,072.27 | $4,295.09 | $4,295.09 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,210.27 | 2,210.27 | 2,210.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 2,154.52 | 2,154.52 | 2,154.52 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,669,990.04 | 12,115,145.50 | 1,681,601.78 | 2,545.55 |
| **TOTAL DISBURSEMENTS** | $11,875,863.55 | $19,741,582.56 | $1,690,261.66 | $11,205.43 |

4) This case was originally filed under chapter 7 on 05/21/2018. The case was pending for 43 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/03/2021            By:/s/SALVATORE LAMONICA
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1221-000 | 5,310.16 |
| Unused insurance premium - First Insurance | 1221-000 | 5,895.27 |
| **TOTAL GROSS RECEIPTS** | | **$11,205.43** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Singleton LLC | | 8,205,873.51 | NA | NA | 0.00 |
| 9 | Singleton LLC | 4110-000 | NA | 7,622,072.27 | 4,295.09 | 4,295.09 |
| **TOTAL SECURED CLAIMS** | | | **$8,205,873.51** | **$7,622,072.27** | **$4,295.09** | **$4,295.09** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SALVATORE LAMONICA | 2100-000 | NA | 1,870.54 | 1,870.54 | 1,870.54 |
| International Sureties Ltd. | 2300-000 | NA | 10.56 | 10.56 | 10.56 |
| New York State Department Of Taxation & Finance | 2820-000 | NA | 38.00 | 38.00 | 38.00 |
| Nys Dept Of Tax & Finance | 2820-000 | NA | 253.17 | 253.17 | 253.17 |
| NYC Department of Finance | 2820-001 | NA | 38.00 | 38.00 | 38.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $2,210.27 | $2,210.27 | $2,210.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | New York State Department Of Taxation & Finance | 5800-000 | NA | 2,154.52 | 2,154.52 | 2,154.52 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $2,154.52 | $2,154.52 | $2,154.52 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 575 Broadway Associates | | 2,167,889.99 | NA | NA | 0.00 |
| | American Express | | 0.00 | NA | NA | 0.00 |
| | Baron & Baron, Inc. | | 602,690.23 | NA | NA | 0.00 |
| | Daniel Ragone | | 169,752.77 | NA | NA | 0.00 |
| | Deborah Blasucci | | 0.00 | NA | NA | 0.00 |
| | Fabien Baron | | 602,690.23 | NA | NA | 0.00 |
| | Glow Art LLC | | 0.00 | NA | NA | 0.00 |
| | Jane F. Katz | | 0.00 | NA | NA | 0.00 |
| | Ladas & Parry | | 29,221.13 | NA | NA | 0.00 |
| | LCA Bank Corporation | | 26,150.35 | NA | NA | 0.00 |
| | Lisa Budnick | | 0.00 | NA | NA | 0.00 |
| | Ludivine Poiblanc | | 65,966.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MailFinance Inc. | | 0.00 | NA | NA | 0.00 |
| | Meyers, Saxon & Cole | | 5,061.26 | NA | NA | 0.00 |
| | VS Photography LLC | | 568.08 | NA | NA | 0.00 |
| 7 | American Express Travel Related Services Company, | 7100-000 | NA | 28,913.53 | 28,913.53 | 43.77 |
| 6 | Daniel Ragone | 7100-000 | NA | 529,248.44 | 529,248.44 | 801.16 |
| 10 | Deborah Blasucci | 7100-000 | NA | 5,008,543.72 | 0.00 | 0.00 |
| 2 | Deborah Blasucci | 7100-000 | NA | 5,425,000.00 | 0.00 | 0.00 |
| 11 | Department Of The Treasury | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | Jane F. Katz | 7100-000 | NA | 500,000.00 | 500,000.00 | 756.88 |
| 8 | Singleton LLC | 7100-000 | NA | 602,690.23 | 602,690.23 | 912.33 |
| 3 | 500 Fifth Avenue, Suite 3020 | 7100-001 | NA | 9,019.88 | 9,019.88 | 13.65 |
| 5 | New York State Department Of Taxation & Finance | 7100-001 | NA | 500.00 | 500.00 | 0.76 |
| 4 | Procirc A Division Of Pubworx | 7100-001 | NA | 11,229.70 | 11,229.70 | 17.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $3,669,990.04 | $12,115,145.50 | $1,681,601.78 | $2,545.55 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-11516 | RG | Judge: | Robert E. Grossman | Trustee Name: | SALVATORE LAMONICA |
| Case Name: | Brant Publications, Inc. | | | | Date Filed (f) or Converted (c): | 05/21/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/20/2018 |
| For Period Ending: | 12/03/2021 | | | | Claims Bar Date: | 10/29/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Membership interest in BMP Media Holdings LLC | 0.00 | 0.00 | | 0.00 | FA |
| 2. Unused insurance premium - First Insurance (u) | 0.00 | 5,895.27 | | 5,895.27 | FA |
| 3. Accounts Receivable (u) | 0.00 | 5,310.16 | | 5,310.16 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $0.00      $11,205.43      $11,205.43      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

With the first couple months, the Trustee marketed the Debtors' assets for sale subject to the terms of the asset purchase agreement with Singleton LLC subject to higher and better offers.  The Trustee conducted a public sale and Singleton was also the successful purchaser of the Debtors' assets for a purchase price of $1,500,000.00, which the Court approved in an Order entered on August 28, 2018. The Trustee, on behalf of the Debtors' estates, closed , the Trustee conducted an extensive analysis of Peter Brant's purported security interest in and to the Debtors' assets that was assigned to Singleton prior to the Petition Date. After performing his due diligence, the Trustee concluded that Singleton has a valid first priority security interest in the Debtors' assets in the amount of $7.6 million, which was reduced by approximately $400,000.00 as a result of the Trustee's investigation.  Thereafter, the Trustee entered into negotiations with Singleton, though counsel, and as a result the parties entered into the Stipulation whereby the Trustee has agreed to waive any right he may have to object to Singleton's Secured Claim in the amount of $7,622,072.27, and in exchange Singleton has agreed to a Carve-Out of $500,000.00 for the benefit of the estates' creditors.

The Trustee then negotiated a second carveout with Singleton pertaining to the collection of the Debtors' accounts receivable. The Trustee, with the assistance of retained counsel, has collected approximately $400,000.00 in accounts receivable. The Trustee has collected approximately $284,000 in accounts receivable on behalf of the Interview estate and has collected approximately $115,000.00 on behalf of the BMP estate. The Trustee believes there is an additional sum of  $450,000.00 in outstanding accounts receivable owed to the Debtors' estates.  The Trustee entered into a stipulation with Singleton whereby the Debtors' estates shall retain 25% of all the Collected Accounts Receivable, as well as 25% of the Outstanding Accounts Receivable collected on a going forward basis. The remaining 75% of the Collected and Outstanding Accounts Receivable collected by the Trustee, on behalf of the Debtors' estates, shall be applied in reduction of the Singleton Secured Claim in accordance with the terms of the Singleton Settlement.

After the liquidation of the Debtors' assets, the Trustee did a claims analysis and determined that the claim filed by the IRS had some issues.  Specifically, On or about October 4, 2019, the IRS filed a claim designated as claim no. 45 in the Interview estate for an unsecured priority claim in the amount of $326,033.84 and a general unsecured claim in the amount of $21,384.95 for an aggregate amount of $347,418.79. On or about February 6, 2020, the IRS amended its claim now designated as claim no. 45-2 in the Interview estate for an unsecured priority claim in the amount of $266,332.56 and a general unsecured claim in the amount of $92,311.84 or an aggregate amount of $358,644.40 (collectively, the "IRS Claim").

The Trustee, with the assistance of his retained professionals, analyzed the IRS Claim and determined that the claim was on account of unpaid federal employment tax liability for the 2015, 2016, 2017 and 2018 tax years. The IRS Claim is made up of the Priority Portion for the unpaid tax liability in the amount of $266,332.56, with the remaining balance of the general unsecured Portion in the amount of $92,311.84 on account of penalties and interest owed on the unpaid tax liability. The IRS has asserted that certain of Interview's former officers and directors of Interview are personally liable for an amount of $117,653.01 of the IRS Claim.  After analyzing the IRS Claim, the Trustee, certain former officers and directors of Interview and Singleton, through respective counsel, and a representative from the IRS engaged in settlement negotiations in an effort to resolve the IRS Claim.  The parties have come to a settlement in principle, but are finalizing the details of the settlement agreement.  Once this claim issue is resolved, the Trustee, and his retained professionals, will prepare the final report and the applications for first and final applications for compensation.   Barring any unforeseen circumstances, the case will be closed this year.

RE PROP #          1     --     100% ownership

Initial Projected Date of Final Report (TFR): 12/31/2021          Current Projected Date of Final Report (TFR): 03/31/2021

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 18-11516 | Trustee Name: | SALVATORE LAMONICA | |
| Case Name: | Brant Publications, Inc. | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX0619 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0262 | Blanket Bond (per case limit): | $68,407,174.00 | |
| For Period Ending: | 12/03/2021 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/23/20 | | Transfer from Acct # xxxxxx9135 | Transfer of Funds | 9999-000 | $11,194.87 | | $11,194.87 |
| 07/26/21 | 2001 | SALVATORE LAMONICA<br>LAMONICA HERBST & MANISCALCO, LLP<br>3305 JERUSALEM AVENUE,<br>WANTAGH, NY 11793 | Final distribution creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 2100-000 | | $1,870.54 | $9,324.33 |
| 07/26/21 | 2002 | New York State Department Of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Final distribution creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 2820-000 | | $38.00 | $9,286.33 |
| 07/26/21 | 2003 | NYC Department of Finance<br>345 Adams Street<br>Brooklyn, Ny 11201 | Final distribution creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 2820-000 | | $38.00 | $9,248.33 |
| 07/26/21 | 2004 | Nys Dept Of Tax & Finance<br>Bankruptcy Unit<br>P.O. Box 5300<br>Albany, Ny 12205 | Final distribution to claim 12 creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 2820-000 | | $253.17 | $8,995.16 |
| 07/26/21 | 2005 | New York State Department Of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 5800-000 | | $2,015.96 | $6,979.20 |
| 07/26/21 | 2006 | New York State Department Of Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 5800-000 | | $138.56 | $6,840.64 |
| 07/26/21 | 2007 | Singleton LLC<br>80 Field Point Road<br>Greenwich, Ct 06831 | Final distribution to claim 9 creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 | 4110-000 | | $4,295.09 | $2,545.55 |

| | | | Page Subtotals: | | $11,194.87 | $8,649.32 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 18-11516 | Trustee Name: | SALVATORE LAMONICA |
| Case Name: Brant Publications, Inc. | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0619 |
| | | Checking |
| Taxpayer ID No: XX-XXX0262 | Blanket Bond (per case limit): | $68,407,174.00 |
| For Period Ending: 12/03/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/21 | 2008 | Jane F. Katz<br>C/O Kerner & Kerner, P.C.<br>15 Maiden Lane, Suite 1008<br>New York, New York 10038 | Final distribution to claim 1 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 | 7100-000 | | $756.88 | $1,788.67 |
| 07/26/21 | 2009 | 500 Fifth Avenue, Suite 3020<br>180 Varick Street, Suite 1124<br>New York, Ny 10014 | Final distribution to claim 3 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 | 7100-000 | | $13.65 | $1,775.02 |
| 07/26/21 | 2010 | Procirc A Division Of Pubworx<br>Procirc/Pubworx<br>Attn: Suzann Alt<br>214 North Tryon Street<br>Charlotte, Nc 28202 | Final distribution to claim 4 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 | 7100-000 | | $17.00 | $1,758.02 |
| 07/26/21 | 2011 | Clerk, U.S. Bankruptcy Court | Remit to Court | 7100-001 | | $0.76 | $1,757.26 |
| 07/26/21 | 2012 | Daniel Ragone<br>315 W 23Rd St #8E<br>New York, Ny 10011 | Final distribution to claim 6 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 | 7100-000 | | $801.16 | $956.10 |
| 07/26/21 | 2013 | American Express Travel Related Services Company, Inc.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 7 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 | 7100-000 | | $43.77 | $912.33 |
| 07/26/21 | 2014 | Singleton LLC<br>80 Field Point Road<br>Greenwich, Ct 06831 | Final distribution to claim 8 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 | 7100-000 | | $912.33 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $2,545.55 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 18-11516 | | Trustee Name: | SALVATORE LAMONICA |
| Case Name: | Brant Publications, Inc. | | Bank Name: | Axos Bank |
| | | | Account Number/CD#: | XXXXXX0619 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0262 | | Blanket Bond (per case limit): | $68,407,174.00 |
| For Period Ending: | 12/03/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/26/21 | 2010 | Procirc A Division Of Pubworx<br>Procirc/Pubworx<br>Attn: Suzann Alt<br>214 North Tryon Street<br>Charlotte, Nc 28202 | Final distribution to claim 4 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 Reversal<br>Tried reaching out to creditor for new mailing address. Email address bounced back as undeliverable and phone number on proof of claim is not in service. Researched company and cannot find reputable contact information. If creditor does not come forward, funds will be remitted to the Bankruptcy Court. | 7100-000 | | ($17.00) | $17.00 |
| 11/09/21 | 2009 | 500 Fifth Avenue, Suite 3020<br>180 Varick Street, Suite 1124<br>New York, Ny 10014 | Final distribution to claim 3 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62 Reversal | 7100-000 | | ($13.65) | $30.65 |
| 11/09/21 | 2003 | NYC Department of Finance<br>345 Adams Street<br>Brooklyn, Ny  11201 | Final distribution creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62 Reversal | 2820-000 | | ($38.00) | $68.65 |
| 11/18/21 | 2015 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $68.65 | $0.00 |
| | | Procirc A Division Of Pubworx | Final distribution to claim 4 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62  ($17.00) | 7100-001 | | | |
| | | 500 Fifth Avenue, Suite 3020 | Final distribution to claim 3 creditor account # representing a payment of 0.15 % per court order dated 7.8.21 dkt no 62  ($13.65) | 7100-001 | | | |
| | | NYC Department of Finance | Final distribution creditor account # representing a payment of 100.00 % per court order dated 7.8.21 dkt no 62  ($38.00) | 2820-001 | | | |

Page Subtotals: $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $11,194.87 | $11,194.87 |
| Less: Bank Transfers/CD's | $11,194.87 | $0.00 |
| Subtotal | $0.00 | $11,194.87 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $11,194.87 |

Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 18-11516  
Case Name: Brant Publications, Inc.  
Taxpayer ID No: XX-XXX0262  
For Period Ending: 12/03/2021  

Trustee Name: SALVATORE LAMONICA  
Bank Name: EmpireNationalBank  
Account Number/CD#: XXXXXX9135  
Checking  
Blanket Bond (per case limit): $68,407,174.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/19/19 | 3 | Curtis Circulation Company, LLC | settlement A/R | 1221-000 | $2,295.07 | | $2,295.07 |
| 03/19/19 | 3 | Amazon Services LLC | A/R collections | 1221-000 | $466.16 | | $2,761.23 |
| 05/14/19 | 2 | FIRST Insurance Funding | Return premium | 1221-000 | $5,895.27 | | $8,656.50 |
| 05/22/19 | 3 | Curtis Circulation Company, LLC | A/R collections | 1221-000 | $527.97 | | $9,184.47 |
| 06/04/19 | 3 | Curtis Circulation Company, LLC | A/R collections | 1221-000 | $2,020.96 | | $11,205.43 |
| 07/17/19 | 101 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Bond # 016030120 6/19/19 to 6/19/20 | 2300-000 | | $4.23 | $11,201.20 |
| 07/01/20 | 102 | International Sureties Ltd. 701 Pyodras Street, Suite 420 New Orleans, LA 70139 | Bond Premium Disbursement 2020/2021 Bond #016030120 | 2300-000 | | $6.33 | $11,194.87 |
| 10/23/20 | | Transfer to Acct # xxxxxx0619 | Transfer of Funds | 9999-000 | | $11,194.87 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $11,205.43 | $11,205.43 |
| Less: Bank Transfers/CD's | $0.00 | $11,194.87 |
| Subtotal | $11,205.43 | $10.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,205.43 | $10.56 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Page Subtotals: $11,205.43 $11,205.43

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0619 - Checking | $0.00 | $11,194.87 | $0.00 |
| XXXXXX9135 - Checking | $11,205.43 | $10.56 | $0.00 |
|  | $11,205.43 | $11,205.43 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,205.43 |
| Total Gross Receipts: | $11,205.43 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals:    $0.00    $0.00